PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Marcus Wright

Cr.: 18-00503-001
PACTS #: 4254163

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/26/2019

Original Offense     Count One: Possession with Intent to Distribute Cocaine

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills
Counseling, Educational Services, Support Dependents

Type of Supervision: Supervised Release              Date Supervision Commenced: 07/27/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

1     The offender has violated the mandatory supervision condition which states
**'You must not commit another federal, state, or local crime.'**

On October 8, 2020, Mr. Wright was arrested by members of the Newark
Police Department and charged with aggravated assault-domestic violence and
criminal mischief-damage of property.

According to the incident report, Mr. Wright and his son's mother (S.L.) got
into a verbal altercation that escalated into a physical altercation when Mr.
Wright threw her cell phone at her television.  When she attempted to leave,
he reportedly strangled her and threw her against the wall.  No injuries were
observed by the members of the Newark Police Department and S.L. refused
medical attention.

In a telephone conversation with S.L., she explained to our office that this was
an isolated incident and she did not want to pursue any charges and/or a
restraining order against him. She denied feeling threatened or in danger.

To date, the charges remain pending.

U.S. Probation Officer Action:
At this time, our office respectfully recommends no Court action.  Mr. Wright has been referred to the 10-
week U.S. Probation Office's STOP (Skills, Techniques, Options and Plans for better relationships)
Program.  We will monitor his progress in the program, the overall health of his relationship, and the

Prob 12A – page 2
Marcus Wright

outcome of the pending charges.  If any further instances of non-compliance arise or he is convicted on the charges noted above, our office will notify the Court immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maria Goodwater/SGM*

By:   MARIA GOODWATER
        U.S. Probation Officer

/ mg
APPROVED:

*Suzanne Golda-Martinez*                    *10/08/2020*
SUZANNE GOLDA-MARTINEZ                Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

10/15/2020
_____
Date